# HUGHES • ELLZEY LLP

**TELEPHONE**  
(888) 350-3931

2700 POST OAK BLVD., SUITE #1120  
GALLERIA TOWER I  
HOUSTON, TEXAS 77056  
WWW.CRAFTHUGHESLAW.COM

**FACSIMILE**  
(888) 995-3335

## ITEMIZED SERVICES

| Date | Description | TMKR | Hours | Amount |
|---|---|---|---|---|
| 12/16/10 | Researched SDTX website and located form for Waiver of the Service of Summons. Prepared draft of Waiver of the Service of Summons for defendant WCA. | WCH | 0.50 | $162.50 |
| 12/16/10 | Prepared draft of Waiver of the Service of Summons for defendant Betsey T. Wright. | WCH | 0.25 | $ 81.25 |
| 12/16/10 | Researched SDTX website and located form for Notice of a Lawsuit and Request to Waive Service of a Summons. Prepared draft of Notice of a Lawsuit and Request to Waive Service of a Summons for defendant WCA. | WCH | 0.50 | $162.50 |
| 12/16/10 | Prepared draft of Notice of a Lawsuit and Request to Waive Service of a Summons for defendant Betsey T. Wright. | WCH | 0.25 | $ 81.25 |
| 12/16/10 | Prepared draft of letter to defendant WCA requesting waiver of service. | WCH | 0.25 | $ 81.25 |
| 12/16/10 | Prepared draft of letter to defendant Betsey T. Wright requesting waiver of service. | WCH | 0.25 | $ 81.25 |
| 12/17/10 | Organized and attached exhibits for letter to defendant WCA requesting waiver of service. Packaged and mailed letter and exhibits to defendant WCA; traveled to post office and mailed documents *via* certified mail, RRR #7007-3020-0003-3205-9841. | WCH | 0.75 | $243.75 |
| 12/17/10 | Organized and attached exhibits for letter to defendant Betsey T. Wright requesting waiver of service. Packaged and mailed letter and exhibits to defendant WCA; traveled to post office and mailed documents *via* certified mail, RRR #7007-3020-0003-3205-9858. | WCH | 0.75 | $243.75 |
| 01/17/11 | Researched Federal Rules re recovery of costs and expenses for failure to waive service; conference with J. Ellzey re same. | WCH | 0.75 | $243.75 |

**EXHIBIT D - PLAINTIFF'S MOTION FOR COSTS**

| Date | Description | TMKR | Hours | Amount |
|---|---|---|---|---|
| 01/17/11 | Conference with J. Ellzey re procedures to perfect service on defendants WCA and Betsey T. Wright. | WCH | 0.25 | $ 81.25 |
| 01/21/11 | Contacted clerk of courts for the Southern District of Texas re issuance of Summons. | WCH | 0.25 | $ 81.25 |
| 01/21/11 | Phone conversation(s) with Gabriela Galindo re credit card authorization and instructions for service of Summons on defendants WCA and Betsey T. Wright. | WCH | 0.25 | $ 81.25 |
| 01/24/11 | Researched SDTX website and located form for Summons in a Civil Action. Prepared draft of Summons in a Civil Action for defendant Betsey T. Wright. | WCH | 0.50 | $162.50 |
| 01/24/11 | Prepared draft of Summons in a Civil Action for defendant WCA. | WCH | 0.25 | $ 81.25 |
| 01/24/11 | E-mail correspondence to/from Gabriela Galindo re service of process fees, credit card application, and procedure. | WCH | 0.25 | $ 81.25 |
| 01/24/11 | Traveled to U.S. District Clerk's Office for issuance of Summons for WCA and Betsey T. Wright. | WCH | 1.0 | $325.00 |
| 01/25/11 | Received and reviewed letter from WCA attorney Andrew Feldman re WCA refusal to waive service. | WCH | 0.25 | $ 81.25 |
| 02/01/11 | Prepared draft of transmittal letter to process server in NY (Serving by Irving). Organized and enclosed exhibits to letter. Mailed package to Gabriela Galindo *via* Federal Express, tracking #7943-7856-0453. | WCH | 0.50 | $162.50 |
| 02/08/11 | Phone conversations with Gabriela Galindo re status of service of Summons on defendants WCA and Betsey T. Wright. | WCH | 0.50 | $162.50 |
| 03/11/11 | Received and reviewed executed Affidavit of Service for defendant WCA from Gabriela Galindo. | WCH | 0.25 | $ 81.25 |
| 03/11/11 | Received and reviewed executed Affidavit of Service for defendant Betsey T. Wright from Gabriela Galindo. | WCH | 0.25 | $ 81.25 |
| 03/15/11 | Researched federal rules of civil procedure and case law re failure to waive service. | WCH | 0.50 | $162.50 |
| 03/15/11 | Prepared and electronically filed executed Summons and Proof of Service for defendant WCA *via* CM/ECF. | WCH | 0.25 | $ 81.25 |

| Date | Description | TMKR | Hours | Amount |
|---|---|---|---|---|
| 03/15/11 | Prepared and electronically filed executed Summons and Proof of Service for defendant Betsey T. Wright *via* CM/ECF. | WCH | 0.25 | $ 81.25 |
| 03/15/11 | Prepared draft of Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process. | WCH | 0.50 | $162.50 |
| 03/15/11 | Located, organized, and reviewed exhibits for attachment to Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process. | WCH | 0.50 | $162.50 |
| 03/15/11 | Conference with J. Ellzey re Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process. | WCH | 0.25 | $ 81.25 |
| 03/15/11 | Prepared draft of Proposed Order on Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process. | WCH | 0.25 | $ 81.25 |
| 03/15/11 | Generated invoice for attachment as exhibit to Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process. | WCH | 0.25 | $ 81.25 |
| 03/15/11 | Reviewed and revised invoice exhibit to Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process. | WCH | 0.50 | $162.50 |
| 03/16/11 | Finalized and electronically filed Plaintiff's Motion to Recover Costs and Expenses from defendants WCA and Betsey T. Wright for failure to waive service of process, Proposed Order, and Exhibits *via* CM/ECF. | WCH | 0.50 | $162.50 |
| | **SUBTOTAL - TIMEKEEPERS** | | 12.50 | $4,062.50 |

EXHIBIT D - PLAINTIFF'S MOTION FOR COSTS

# HUGHES · ELLZEY LLP

**TELEPHONE**
(888) 350-3931

2700 POST OAK BLVD., SUITE #1120
GALLERIA TOWER I
HOUSTON, TEXAS 77056
WWW.CRAFTHUGHESLAW.COM

**FACSIMILE**
(888) 995-3335

## ITEMIZED EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/17/10 | Postage – Letter to defendant WCA requesting waiver of service *via* certified mail, RRR #7007-3020-0003-3205-9841. | $ 10.35 |
| 12/17/10 | Postage – Letter to defendant Betsey T. Wright requesting waiver of service *via* certified mail, RRR #7007-3020-0003-3205-9858. | $ 10.35 |
| 02/02/11 | Federal Express – Package to Gabriela Galindo, tracking #7943-7856-0453. | $ 38.67 |
| 02/08/11 | Process Server – Fee for service of Summons on defendant WCA. | $250.00 |
| 02/08/11 | Process Server – Fee for service of Summons on defendant Betsey T. Wright. | $250.00 |
| | **SUBTOTAL - EXPENSES** | $559.37 |
| | **TOTAL** | $4,621.87 |

| INITIALS | TIMEKEEPER | RATE |
|---|---|---|
| WCH | Hughes, W. Craft | $325.00 |

**EXHIBIT D - PLAINTIFF'S MOTION FOR COSTS**