UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BARKAT S. HOODA, M.D.

      Plaintiff,

v.

W.C.A. SERVICE CORPORATION d/b/a
WCA HOSPITAL, BETSY T. WRIGHT,
Virginia B. Campion, M.D.; Tariq M. Khan, M.D.;
and Robert L. Daniels, M.D.

      Defendants.

Civil Action No.: 1:11-cv-00504-RJA-HKS

## PLAINTIFF'S NOTICE OF MOTION TO DISMISS

COMES NOW BARKAT S. HOODA, M.D. (hereinafter "Dr. Hooda" or "Plaintiff"), and files this notice of motion to dismiss pursuant to Local Rule 7(a)(1).

1. This case is before the Court after being transferred from the Southern District of Texas, Houston Division.

2. Plaintiff Barkat S. Hooda, M.D. filed his Original Petition against Defendants on December 16, 2010, alleging defamation, tortious interference with prospective relations, conspiracy, and negligence. Plaintiff also requests injunctive relief ordering Defendants to retract, remove, and withdraw the false report they filed with the National Practitioner DataBank.

3. On June 3, 2011, The Honorable Lee Rosenthal transferred this case from the Southern District of Texas to the Western District of New York after finding the latter to be a more appropriate venue.

4. On July 14, 2011, Defendants filed an answer and counterclaim.

5. Defendants' counterclaims are the following: (1) "Plaintiff BARKAT HOODA, M.D., has made false statements of fact in the complaint;" (2) "Plaintiff BARKAT HOODA, M.D., has made unsubstantiated allegations against Defendants, WCA HOSPITAL and BESTSY WRIGHT, in the Complaint;" (3) "Because of such false statements and unsubstantiated allegations, Defendants allege, upon information and belief, that the Complaint is frivolous;" and (4) the Complaint was filed in "bad faith." *See* Answer and Counterclaim of WCA and Betsy Wright at ¶¶ 31-34.

6. Defendants also attempt to invoke a provision of the Texas Occupations Code Section 160.008 to show entitlement for attorneys' fees and costs because Plaintiff's lawsuit is frivolous. *Id.* at ¶. Defendants overlook the purpose of this statute. Section 160.008 only applies in situations where a physician brings a civil action as a result of participation in a peer review. Because this case was not filed as a result of a peer review action, Section 160.008 is inapplicable.

7. Plaintiff moves to dismiss Defendants' "counterclaims" pursuant to Federal Rule of Civil Procedure 12(b)(6) because none of the three enumerated claims are recognized causes of action in any jurisdiction; the purported causes of action are mere conclusory statements that are not supported by any facts that give fair notice of the nature and basis of the claims; and Defendants assertions do not show a right to relief that is plausible. Accordingly, all of Defendants' counterclaims against Plaintiff should be dismissed for failure to state a claim on which relief can be granted.

8. Pursuant to this notice, Plaintiff will file Plaintiff Barkat S. Hooda, M.D.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, and a Memorandum of Law in support of the motion.

9. Plaintiff anticipates Defendants will oppose Plaintiff's Motion to Dismiss. Accordingly, Plaintiff anticipates a reply brief will be necessary.

        Respectfully submitted,

        */s/  W. Craft Hughes*
        W. Craft Hughes
        Attorney-in-Charge
        Texas State Bar No. 24046123

        **HUGHES ELLZEY, LLP**
        Galleria Tower I
        2700 Post Oak Blvd., Ste. 1120
        Houston, TX 77056
        Phone (888) 350-3931
        Fax (888) 995-3335

        **COUNSEL FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BARKAT S. HOODA, M.D.

       Plaintiff,

v.

W.C.A. SERVICE CORPORATION d/b/a
WCA HOSPITAL, BETSY T. WRIGHT,
Virginia B. Campion, M.D.; Tariq M. Khan, M.D.;
and Robert L. Daniels, M.D.

       Defendants.

Civil Action No.: 1:11-cv-00504-RJA-HKS

## CERTIFICATE OF SERVICE

I hereby certify that on ___August 2, 2011___, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Stephen A. Manuele, Esq.
Feldman Kieffer, LLP
110 Pearl Street, Suite 400
Buffalo, NY 14202

Joseph A. Ziemianski
Cozen O' Connor
1221 McKinney, Suite 2900
Houston, TX 77010

                 ___/s/ William Craft Hughes___
                 Attorney for Plaintiff,
                 Barkat S. Hooda, M.D.