**STATE OF NEW YORK
DEPARTMENT OF HEALTH**

Rochester Field Office
Triangle Building  335 East Main Street  Rochester, New York 14604-2127
www.health.ny.gov

Nirav R. Shah, M.D., M.P.H.
*Commissioner*

February 25, 2011

Barkat Hooda, M.D.
UTMB Pediatrics
301 University Blvd.
Galveston, TX 77555

RE:   OPMC# RO-10-10-6600A

Dear Dr. Hooda:

The Office of Professional Medical Conduct within the New York State Department of Health is authorized to investigate instances of suspected professional misconduct. The Office has investigated your professional conduct.

Our investigation of that matter has been closed with no further action anticipated. However, during the course of the investigation it was noted that everyone interviewed by this Office supported the claim that it was not your intention to present for the delivery of          t the Woman's Christian Association Hospital on June 2, 2010. Although you did ultimately arrive on the unit for the delivery, your actions caused unnecessary stress among the patient care team, and caused the team to have to spend time addressing your issues rather than fully focus on the needs of the patient.

You are reminded of your responsibility as a New York State licensed physician to ensure you conduct yourself in an appropriate and professional manner at all times. Physicians are part of a care team. The quality of the patient care delivered by the team depends on the smooth functioning of all its individual parts. Unimpeded, two way communication and feedback between the members of the team is paramount for the group to work at its best. If the behavior of one of the members causes a level of discomfort in others, that behavior becomes an impediment to the delivery of good patient care.

If you have any questions concerning this matter please do not hesitate to contact the assigned investigator, Rachel Trombley, RN, Supervising Medical Conduct Investigator or me at 585-423-8043.

Sincerely,

Jacalyn G. Hunter, RN
Western Region Program Director
Office of Professional Medical Conduct

JGH/cmg
Enclosure
cc: W. Craft Hughes, Esq.

P00241